**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**AMANDA STEVENS,**

     **PLAINTIFF,**

**v.**                                        **CIVIL ACTION NO. 3:24-cv-00280**

**NELNET SERVICING, LLC,**

     **DEFENDANT.**

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff Amanda Stevens (hereinafter "Plaintiff"), and Defendant Nelnet Servicing, LLC, by counsel, and hereby provides notice to the Court that these parties have reached a settlement of the above-entitled action, resolving Plaintiff's claims asserted against Defendant Nelnet Servicing, LLC.

Upon finalization of the settlement, the parties will file a joint proposed Dismissal Order. This is the 12th day of January 2026.

                                           Respectfully submitted,

By:    /s/ Benjamin M. Sheridan
        Jed R. Nolan (#10833)
        jed@kleinsheridan.com
        Benjamin M. Sheridan (# 11296)
        ben@kleinsheridan.com
        Counsel for Plaintiffs
        Klein & Sheridan, LC
        3566 Teays Valley Road
        Hurricane, WV 25526
        (304) 562-7111

        *ATTORNEYS FOR PLAINTIFF*

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**AMANDA STEVENS, on behalf of
herself and all others similarly situated,**

      **PLAINTIFF,**

**v.**                                          **CIVIL ACTION NO. 3:24-cv-00280**

**NELNET SERVICING, LLC,**

      **DEFENDANT.**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that on this 12th day of January 2026, a true copy of the foregoing "Notice of Settlement" was served on all counsel of record via the Court's electronic filing system.

By:    <u>/s/ Benjamin M. Sheridan</u>
         Jed R. Nolan (#10833)
         jed@kleinsheridan.com
         Benjamin M. Sheridan (# 11296)
         ben@kleinsheridan.com
         Counsel for Plaintiffs
         Klein & Sheridan, LC
         3566 Teays Valley Road
         Hurricane, WV 25526
         (304) 562-7111

2