## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**AMANDA STEVENS,**

     **PLAINTIFF,**

**v.**                                                                  **CIVIL ACTION NO. 3:24-cv-00280**

**NELNET SERVICING, LLC,**

     **DEFENDANT.**
## AGREED ORDER OF DISMISSAL

Comes now the parties, Amanda Stevens, by and through his counsel, Benjamin Sheridan, and Nelnet Servicing, LLC, by and through its counsel, Charles Kaplan, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

Accordingly, it is the **ORDER** and **JUDGEMENT** of the Court that Plaintiff's surviving claims in this Court against Nelnet Servicing, LLC are hereby dismissed with prejudice.

               ENTER:    April 1, 2026

_____
Judge, Robert C. Chambers

Prepared by:

**_/s/ Benjamin M. Sheridan_**
Benjamin M. Sheridan (# 40989)
ben@kleinsheridan.com
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526

1

(304) 562-7111


*Counsel for Plaintiff Amanda Stevens*

Agreed to by*:*


/s/ Charles F. Kaplan, with permission
Charles F. Kaplan (NE Bar No. #25779, *pro hac vice*)
PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.
233 South 13th Street, Suite 1400
Lincoln, NE 68508
(402) 476-9200
ckaplan@perrylawfirm.com

*Counsel for Defendant Nelnet Servicing, LLC*

2